446 A.2d 701

Commonwealth v. Hamm, Appellant.

Submitted January 5, 1982. G. Eugene Beechwood, for appellant; James R. Freeman, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.

446 A.2d 701

Commonwealth v. Hitchcock, Appellant.

Petition for Allowance of Appeal Denied Sept. 17, 1982.

Submitted February 24, 1982. Lewis J. Bott, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.